IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:10-CV-57-GCM**

| | | |
|---|---|---|
| ERIC S. GREENE, *et al*, | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLINA MOTOR CLUB, INC., *et al*, | ) | |
| Defendants. | ) | |
| | ) | |

    THIS MATTER is before the court on its own motion. The Parties filed their Certification and Report of Rule 26(f) Conference and Discovery Plan [doc. 52] on May 26, 2011. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held. All parties are directed to appear for this conference on **Tuesday, June 28, 2011 at 10:00 a.m. in Courtroom #3.**

    IT IS SO ORDERED.

Signed: June 2, 2011

Graham C. Mullen
United States District Judge