IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:10-CV-57-GCM**

| | |
|---|---|
| ERIC S. GREENE, et al., Individually and On Behalf of All Others Similarly Situated, Plaintiffs, | |
| v. | **ORDER** |
| CAROLINA MOTOR CLUB, INC., et al, Defendants. | |

THIS MATTER IS BEFORE THE COURT on its own motion. An initial scheduling order was entered on July 27, 2011 [doc. #54]. IT IS ORDERED that the third paragraph should be amended to read as follows:

Each <u>side</u> may propound no more than 125 single part interrogatories; and each <u>side</u> may depose no more than 25 fact witnesses without prior approval of the court. The parties have agreed to a maximum of 125 requests for admissions by each <u>side</u>. Discovery of expert witnesses shall proceed in accordance with the agreement set forth, if applicable in the Certificate of Initial Attorneys' Conference.

IT IS SO ORDERED.

Signed: August 10, 2011

Graham C. Mullen
United States District Judge